IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 12-cr-00386-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERESA MEZA,

        Defendant.
_____

**ORDER FOR APPOINTMENT OF EXPERT PSYCHIATRIST**
_____

At the Change of Plea Hearing held on November 15, 2012 Counsel for Ms. Meza orally asserted that there is reasonable cause to believe that Ms. Meza may be presently suffering from mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. Ms. Meza's Defense Counsel also requested a determination of her competency to proceed.

Thus, the Court pursuant to 18 U.S.C. § 4241(a) and (b), hereby appoints Dr. Susan Bograd, M.D., 3300 East 1st Avenue, Suite 590, Denver, Colorado 80206, Telephone No. 303-320-1968 to conduct a psychiatric examination of the Defendant Teresa Meza and to prepare and file within 60 days of the date of this Order, a report regarding the competency of Ms. Meza pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

DATED this 10th day of December, 2012.

                                                **BY THE COURT:**

                                                _____

                                                Marcia S. Krieger
                                                United States District Judge